IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOHN LONGO,**

    *Plaintiff*,

v.                            Case No.: 4:23cv234-MW/MAF

**FLORIDA COMMISSION ON
OFFENDER REVIEW, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 11, and has also reviewed *de novo* Plaintiff's letter, ECF No. 13, which this Court construes as Plaintiff's objections.

The Magistrate Judge recommends dismissal of Plaintiff's first amended complaint as a sanction for his affirmative misrepresentations regarding his prior litigation. ECF No. 11 at 6–10. When asked whether he had filed any prior lawsuits in state or federal court relating to the conditions of his confinement, Plaintiff answered "No." ECF No. 10 at 13. However, this answer was false. Plaintiff responds that he simply did not remember the prior litigation set out in the report and recommendation. ECF No. 13 at 1. But a lapse in memory is no excuse for a false answer, particularly when Plaintiff could have researched his prior litigation

before filing his amended complaint. Indeed, Plaintiff's letter indicates that he has access to assistance from his prison's supervisor of legal services and could have researched his prior litigation before he expressly denied having filed any prior cases. *Id*.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 11, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall un-gavel Plaintiff's objections, ECF No. 13. The Clerk shall enter judgment stating, "Plaintiff's first amended complaint is **DISMISSED without prejudice** under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i) as malicious because Plaintiff made affirmative misrepresentations relating to his litigation history." Plaintiff's motion for leave to file a second amended complaint, ECF No. 15, is **DENIED as moot**. The Clerk shall note on the docket that this case was dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and counts as a strike under the Prison Litigation Reform Act. Finally, the Clerk shall close the file.

**SO ORDERED on September 13, 2023.**

<u>s/Mark E. Walker             </u>
**Chief United States District Judge**